■ In the Matter of WORLD TRADE CENTER BOMBING LITIGATION. STEERING COMMITTEE et al., Respondents, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY, Appellant. [784 NYS2d 869]— Order, Supreme Court, New York County (Stanley L. Sklar, J.), entered March 2, 2004, unanimously affirmed for the reasons stated by Sklar, J., without costs or disbursements. No opinion. Concur—Sullivan, J.P., Ellerin, Lerner, Marlow and Catterson, JJ.